THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROTECT THE PUBLIC'S TRUST,

*Plaintiff*,

v.

DEPARTMENT OF EDUCATION,

*Defendant*.

Civil Action No. 24-612 (JMC)

## JOINT STATUS REPORT

Plaintiff Protect the Public's Trust and Defendant Department of Education submit the following Joint Status Report, pursuant to the Court's May 19, 2024 Minute Order.

1.      This case stems from Plaintiffs' September 20, 2022 Freedom of Information Act (FOIA) request for records of communication to or from certain Department officials and personnel "in the Office of Communications and Outreach regarding op-eds, interviews, and other external communications discussing voting rights, voting registration and/or turnout by underrepresented groups as well as the implementation of Executive Order (EO) 14019." Compl. ¶6, ECF No. 1.

2.      Defendant has identified approximately 403 pages of responsive records from its Office of the Secretary and Office of Communications and Outreach. These records are currently undergoing review. Certain records contain communications with other agencies and are awaiting review by these agencies. Defendant anticipates completing production in July 2024.

3.      At this time, Defendants do not anticipate filing a motion to stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976). Additionally, the

1

Parties believe that establishing a summary judgment briefing schedule and filing of a Vaughn index are premature at this time.

      4.      The Parties propose to file a further Joint Status Report on or before August 6, 2023.

Dated: June 3, 2024

Respectfully submitted,

*/s/ Gary Lawkowski*
GARY LAWKOWSKI
Dhillon Law Group, Inc.
2121 Eisenhower Avenue Suite 608
Alexandria, VA 22314
(703) 574-1654
Glawkowski@dhillonlaw.Com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

BY: */s/ L'Shaunteé J. Robertson*
      L'SHAUNTEE J. ROBERTSON
      DC Bar # 980248
      Assistant United States Attorney
      601 D Street, N.W.
      Washington, D.C. 20530
      Phone: (202) 252-1729
      lshauntee.robertson@usdoj.gov

      *Attorneys for the United States of America*