THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF EDUCATION, <br><br> Defendant. | Civil Action No. 24-612 (RC) |

**JOINT STATUS REPORT**

Plaintiff Protect the Public's Trust and Defendant Department of Education submit the following Joint Status Report, pursuant to the Court's June 3, 2024 Minute Order.

1. This case stems from Plaintiffs' September 20, 2022 Freedom of Information Act (FOIA) request for records of communication to or from certain Department officials and personnel "in the Office of Communications and Outreach regarding op-eds, interviews, and other external communications discussing voting rights, voting registration and/or turnout by underrepresented groups as well as the implementation of Executive Order (EO) 14019." Compl. ¶6, ECF No. 1.

2. Defendant has identified approximately 403 pages of responsive records from its Office of the Secretary and Office of Communications and Outreach. Defendant has reviewed and released 376 pages in an August 23, 2024 production. The remainder of the records contain communications with other agencies and are awaiting review by these agencies. Defendant anticipates completing production upon the completion of the other identified agencies' reviews.

3. Defendants do not anticipate filing a motion to stay under *Open America v.*

*Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976). Additionally, the Parties believe that establishing a summary judgment briefing schedule and filing a Vaughn index remain premature at this time.

4. The Parties propose to file a further Joint Status Report on or before December 6, 2024.

Dated: October 8, 2024

Respectfully submitted,

*/s/ Gary Lawkowski*
GARY LAWKOWSKI
Dhillon Law Group, Inc.
2121 Eisenhower Avenue Suite 608
Alexandria, VA 22314
(703) 574-1654
Glawkowski@dhillonlaw.Com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

BY: */s/ L'Shaunteé J. Robertson*
L'SHAUNTEE J. ROBERTSON
DC Bar # 980248
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-1729
lshauntee.robertson@usdoj.gov

*Attorneys for the United States of America*

3

Case 1:24-cv-00612-RC    Document 9    Filed 10/08/24    Page 3 of 3