THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF EDUCATION,<br><br>    Defendant. | Civil Action No. 24-612 (RC) |

**JOINT STATUS REPORT**

Plaintiff Protect the Public's Trust and Defendant Department of Education submit the following Joint Status Report.

1. This case stems from Plaintiffs' September 20, 2022 Freedom of Information Act (FOIA) request for records of communication to or from certain Department officials and personnel "in the Office of Communications and Outreach regarding op-eds, interviews, and other external communications discussing voting rights, voting registration and/or turnout by underrepresented groups as well as the implementation of Executive Order (EO) 14019." Compl. ¶6, ECF No. 1.

2. As previously reported, Defendant completed its response to Plaintiff's FOIA request on November 12, 2024. On April 7, 2025, Plaintiff requested that Defendant provide a draft *Vaughn* Index, which Defendant is considering. The parties will cooperate to narrow the issues for the Court's consideration should they arise.

3. Defendants do not anticipate filing a motion to stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976). Additionally, the Parties

believe that establishing a summary judgment briefing schedule and filing a *Vaughn* index remain premature at this time.

4. The Parties propose to file a further Joint Status Report on or before June 6, 2025.

Dated: April 7, 2025

Respectfully submitted,

*/s/ Karin Sweigart*
KARIN SWEIGART
DHILLON LAW GROUP, INC.
177 Post Street Suite 700
San Francisco, CA 94108
415-433-1700
Ksweigart@dhillonlaw.com

*Counsel for Plaintiff*

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney


BY: */s/ L'Shaunteé J. Robertson*
L'SHAUNTEE J. ROBERTSON
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-1729
lshauntee.robertson@usdoj.gov

*Attorneys for the United States of America*