UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROTECT THE PUBLIC'S TRUST,

    Plaintiff,

v.

DEPARTMENT OF EDUCATION,

    Defendant.

Civ. A. No. 24-0612 (RC)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: July 6, 2026
Washington, DC

Respectfully submitted,

*/s/ Karin Sweigart (by permission)*
KARIN SWEIGART
DHILLON LAW GROUP, INC.
177 Post Street Suite 700
San Francisco, CA 94108
415-433-1700
Ksweigart@dhillonlaw.com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Catherine J. Malycke*
CATHERINE J. MALYCKE
VA Bar No. 84952
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 809-3495
catherine.malycke@usdoj.gov

*Counsel for United States of America*